# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: 693 PENINSULA CORP. § Case No. 8-17-77117-REG
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT PRYOR , TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00  
*(without deducting any secured claims)*  
Assets Exempt: N/A

Total Distribution to Claimants: $468,985.04  
Claims Discharged Without Payment: N/A

Total Expenses of Administration: $151,095.50

3) Total gross receipts of $ 620,080.54 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $620,080.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $34,328.89 | $34,328.89 | $34,328.89 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 151,095.50 | 151,095.50 | 151,095.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 343,973.73 | 830,268.09 | 526,550.55 | 434,656.15 |
| **TOTAL DISBURSEMENTS** | $343,973.73 | $1,015,692.48 | $711,974.94 | $620,080.54 |

4) This case was originally filed under Chapter 7 on November 18, 2017. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/28/2019          By: /s/ROBERT PRYOR , TRUSTEE
                                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 693 Peninsula Boulevard, Hempstead, New York 115 | 1110-000 | 620,000.00 |
| Non-exempt money in bank accounts | 1229-000 | 80.54 |
| **TOTAL GROSS RECEIPTS** | | **$620,080.54** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jailall Jagmohan Family Trust | 4800-000 | N/A | 3,201.57 | 3,201.57 | 3,201.57 |
| | Jailall Jagmohan Family Trust | 4800-000 | N/A | 223.79 | 223.79 | 223.79 |
| | Jailall Jagmohan Family Trust | 4800-000 | N/A | 11,814.62 | 11,814.62 | 11,814.62 |
| | Jailall Jagmohan Family Trust | 4800-000 | N/A | 10,568.04 | 10,568.04 | 10,568.04 |
| | Jailall Jagmohan Family Trust | 4800-000 | N/A | 913.67 | 913.67 | 913.67 |
| | Jailall Jagmohan Family Trust | 4800-000 | N/A | 817.88 | 817.88 | 817.88 |
| | Jailall Jagmohan Family Trust | 4800-000 | N/A | 6,339.37 | 6,339.37 | 6,339.37 |
| | Jailall Jagmohan Family Trust | 4800-000 | N/A | 318.00 | 318.00 | 318.00 |
| | Jailall Jagmohan Family Trust | 4800-000 | N/A | 85.50 | 85.50 | 85.50 |
| | Jailall Jagmohan Family Trust | 4800-000 | N/A | 3.50 | 3.50 | 3.50 |
| | Jailall Jagmohan Family Trust | 4800-000 | N/A | 39.70 | 39.70 | 39.70 |

|  | | | | | |
|---|---|---|---|---|---|
| Jailall Jagmohan Family Trust | 4800-000 | N/A | 3.25 | 3.25 | 3.25 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $34,328.89 | $34,328.89 | $34,328.89 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ROBERT PRYOR , TRUSTEE | 2100-000 | N/A | 34,254.03 | 34,254.03 | 34,254.03 |
| Attorney for Trustee Fees (Trustee Firm) - PRYOR & MANDELUP, L.L.P. | 3110-000 | N/A | 76,609.50 | 76,609.50 | 76,609.50 |
| Attorney for Trustee Expenses (Trustee Firm) - PRYOR & MANDELUP, L.L.P. | 3120-000 | N/A | 471.83 | 471.83 | 471.83 |
| Accountant for Trustee Fees (Trustee Firm) - Eisner Amper LLP | 3310-000 | N/A | 11,971.75 | 11,971.75 | 11,971.75 |
| Auctioneer for Trustee Fees (including buyers premiums) - Maltz Auctions | 3610-000 | N/A | 19,900.00 | 19,900.00 | 19,900.00 |
| Auctioneer for Trustee Expenses - Maltz Auctions | 3620-000 | N/A | 5,049.32 | 5,049.32 | 5,049.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.65 | 19.65 | 19.65 |
| Other - Jailall Jagmohan Family Trust | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 242.60 | 242.60 | 242.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 821.49 | 821.49 | 821.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 794.60 | 794.60 | 794.60 |
| Other - New York State Corportion Tax | 2820-000 | N/A | 19.00 | 19.00 | 19.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 409.49 | 409.49 | 409.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 482.24 | 482.24 | 482.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $151,095.50 | $151,095.50 | $151,095.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Kemchand Advaney Trust UW | 7100-000 | N/A | 306,460.70 | 73,590.70 | 0.00 |
| 1I | Kemchand Advaney Trust UW | 7990-000 | N/A | 1,209.71 | 1,209.71 | 0.00 |
| 2 | Crossways Tax Preparation | 7100-000 | N/A | 500.00 | 500.00 | 500.00 |
| 2I | Crossways Tax Preparation | 7990-000 | N/A | 8.22 | 8.22 | 8.22 |
| 3 | J.T. Advaney | 7100-000 | 98,532.00 | 98,532.00 | 88,545.00 | 88,545.00 |
| 3 -2 | J.T. Advaney | 7100-000 | N/A | 9,482.50 | 0.00 | 0.00 |
| 3I | J.T. Advaney | 7990-000 | N/A | 1,455.53 | 1,455.53 | 1,455.53 |
| 4 | Rattan Ramchandani | 7100-000 | N/A | 35,000.00 | 35,000.00 | 35,000.00 |
| 4I | Rattan Ramchandani | 7990-000 | N/A | 575.34 | 575.34 | 575.34 |
| 5 | Dr. Deepika Ramchandani | 7100-000 | 180,999.73 | 180,999.83 | 162,720.82 | 162,720.82 |
| 5 -2 | Dr. Deepika Ramchandani | 7100-000 | N/A | 18,975.00 | 0.00 | 0.00 |
| 5I | Dr. Deepika Ramchandani | 7990-000 | N/A | 2,674.86 | 2,674.86 | 2,674.86 |
| 6 | Veneeta Advaney | 7100-000 | 64,442.00 | 82,500.00 | 0.00 | 0.00 |
| 7 | Kemchand Advaney Trust | 7100-000 | N/A | N/A | 17,093.99 | 0.00 |
| 8 | J. T. Advaney | 7100-000 | N/A | N/A | 17,093.99 | 17,093.99 |
| 9 | Dr. Deepika Ramchandani | 7100-000 | N/A | N/A | 34,187.99 | 34,187.99 |
| | Ketchand Advaney Trust | 7100-000 | N/A | 17,093.99 | 17,093.99 | 17,093.99 |
| | Ketchand Advaney Trust | 7100-000 | N/A | 74,800.41 | 74,800.41 | 74,800.41 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $343,973.73 | $830,268.09 | $526,550.55 | $434,656.15 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8-17-77117-REG  **Trustee:** (520570) ROBERT PRYOR , TRUSTEE
**Case Name:** 693 PENINSULA CORP.  **Filed (f) or Converted (c):** 11/18/17 (f)
  **§341(a) Meeting Date:** 12/18/17
**Period Ending:** 05/28/19  **Claims Bar Date:** 05/16/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 693 Peninsula Boulevard, Hempstead, New York 115<br>   Imported from original petition Doc# 1 | 500,000.00 | 0.00 | | 620,000.00 | FA |
| 2 | Non-exempt money in bank accounts  (u) | 80.54 | 80.54 | | 80.54 | FA |
| 3 | Older Machinery & Equipment | 0.00 | 0.00 | | 0.00 | FA |
| 3 | **Assets**   Totals (Excluding unknown values) | **$500,080.54** | **$80.54** | | **$620,080.54** | **$0.00** |

**Major Activities Affecting Case Closing:**

October 15, 2018  The Final Report was prepared, however there is a claim objection that Scott Mandelup is handling.

September 25, 2018  Scott is objecting to a claim.

July 18, 2018  The signed Order was sent to Mark Meinberg's firm letting them know that they are retained.

June 5, 2018  Sale took place on the real estate.

January 5, 2018  693 owns a parcel of real estate located at 693 Peninsula Blvd, Hempstead NY 11550.  The Debtor's President Rattan Ramchandani tesified tht it may only be used for an automobile oil and lubrication busines..  The shareholders are dr. Deepica Ramchandani 25% ( President's wife0

Kavita Sood and Sangeetha Ramchandani 12% each( daughters of Deepica and Rattan)

]JT Advaney 25%

Vaneeta Sanji and Jethanand, 25% beneficiaries of the Advancy Trust created under the Will of KT Advaney

Apparently the Ramchandani and Advaney families are also owners of the contiguous parcel of real estate on which they previously operated a car wash and which car wash thry recently sold to a third party.

 The 1st meeting of creditors was attended by Arkash advaney and Manav Advaney who apparently are nephews of the dec3ednet KT Advaney.

While the property was originally operated as retain aut lubrication business, the oil and lubrication business has not been operating for at least 4 years.

On October 31, 2013, a contract was entered into to sell said real property for the price of $1,325,000.  However this transaction never closed because the debtors did not hav e a C of O to use the property.

The issue which makes the property unmarketable in its current condition is hat whle there is a means of ingress to the premises, after the lubrication work is completed on a customer vehicle. the only means of egress is to trespass on the contiguous property to depart the premises.  The continguous property owners, the same Ramchandani and Advaney family memebers refuse to grant an easement under any conditions notwithstanding that it would be in their repective best interests to do so.  Apparently there is a companion litigation pending in India which has causefd hard feelings between the families.  Thus we are left with a situation where absent some letal theory or other strategy, we will not obtain an easement as against the contiguous property.  One area to look into on this issue is the fact that the two properties were basically operted together at a prior point in time and this might give rise to an easement by prescription or easement by necessity, or easement udneran alternative theory.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8-17-77117-REG  **Trustee:** (520570)  ROBERT PRYOR , TRUSTEE
**Case Name:** 693 PENINSULA CORP.  **Filed (f) or Converted (c):** 11/18/17 (f)
 **§341(a) Meeting Date:** 12/18/17
**Period Ending:** 05/28/19  **Claims Bar Date:** 05/16/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2018    **Current Projected Date Of Final Report (TFR):** November 28, 2018 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 8-17-77117-REG  
**Case Name:** 693 PENINSULA CORP.  

**Taxpayer ID #:** **-***0257  
**Period Ending:** 05/28/19  

**Trustee:** ROBERT PRYOR , TRUSTEE (520570)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1266 - Checking Account  
**Blanket Bond:** $69,289,805.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/16/18 | {1} | Dominick Oddo | Bid Price | 1110-000 | 50,000.00 | | 50,000.00 |
| 04/30/18 | {1} | Jaillall Jagmohn Family Trust | Proceeds from sale | 1110-000 | 9,500.00 | | 59,500.00 |
| 04/30/18 | {1} | Michael Jagmohan | Earnest Money received from sale of 693 Peninsula Blvd | 1110-000 | 52,500.00 | | 112,000.00 |
| 04/30/18 | 101 {1} | Dominick Oddo | Refund of earnest money deposit for sale of 693 Peninsula Blvd | 1129-000 | -50,000.00 | | 62,000.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.65 | 61,980.35 |
| 06/19/18 | | Jailall Jagmohan Family Trust | Sale of property and disbursements listing | | 523,621.11 | | 585,601.46 |
| | {1} | | Sale Property 693 Peninsula           620,000.00 | 1129-000 | | | 585,601.46 |
| | | | 2018 Town Tax Lots 587 588 First Half 1/1/18-6/60/18 $3,579.39 adjusted for 161 days 1/31/18/6/10/18 $3,579.39/180 $19.88/day x161           -3,201.57 | 4800-000 | | | 585,601.46 |
| | | | 2018 Town Tax Lot 644           -223.79 | 4800-000 | | | 585,601.46 |
| | | | 2017/2018 School Tax Lots 587 588           -11,814.62 | 4800-000 | | | 585,601.46 |
| | | | 2017/2018 School Tax Lots 587 588           -10,568.04 | 4800-000 | | | 585,601.46 |
| | | | 2017/2018 School Tax Lot 644           -913.67 | 4800-000 | | | 585,601.46 |
| | | | 2017/2018 School Tax Lot 644           -817.88 | 4800-000 | | | 585,601.46 |
| | | | 2017/8 Village Tax Lots 587 588           -6,339.37 | 4800-000 | | | 585,601.46 |
| | | | 2018/2019 Village Tax 587 588           -318.00 | 4800-000 | | | 585,601.46 |
| | | | 2017/2018 Village Tax Lot 644           -85.50 | 4800-000 | | | 585,601.46 |
| | | | 2018/2019 Village TAx Lot 644           -3.50 | 4800-000 | | | 585,601.46 |
| | | | Water 587/588           -39.70 | 4800-000 | | | 585,601.46 |
| | | | Memo fee for Villag of Hempstead           -3.25 | 4800-000 | | | 585,601.46 |
| | | | Escrow Service Fee           -50.00 | 2500-000 | | | 585,601.46 |

Subtotals :          $585,621.11          $19.65

{} Asset reference(s)                                      Printed: 05/28/2019 02:51 PM     V.14.50

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 8-17-77117-REG  
**Case Name:** 693 PENINSULA CORP.  

**Taxpayer ID #:** **-***0257  
**Period Ending:** 05/28/19  

**Trustee:** ROBERT PRYOR , TRUSTEE (520570)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1266 - Checking Account  
**Blanket Bond:** $69,289,805.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
|  | {1} |  | -62,000.00 | 1129-000 |  |  | 585,601.46 |
| 06/27/18 | {2} | HSBC | NON-EXEMPT BANK ACCOUNT | 1229-000 | 30.00 |  | 585,631.46 |
| 06/27/18 | {2} | hsbc | NON-EXEMPT EQUITY IN BANK ACCOUNTS | 1229-000 | 50.54 |  | 585,682.00 |
| 06/29/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 242.60 | 585,439.40 |
| 07/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 821.49 | 584,617.91 |
| 08/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 794.60 | 583,823.31 |
| 09/04/18 | 102 | New York State Corportion Tax | 12/1/17-7/31/18 NYState Corp Tax CT3S | 2820-000 |  | 19.00 | 583,804.31 |
| 09/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 409.49 | 583,394.82 |
| 10/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 482.24 | 582,912.58 |
| 03/29/19 | 103 | ROBERT PRYOR , TRUSTEE | Dividend paid 100.00% on $34,254.03, Trustee Compensation;  Reference: | 2100-000 |  | 34,254.03 | 548,658.55 |
| 03/29/19 | 104 | Eisner Amper LLP | Dividend paid 100.00% on $11,971.75, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 |  | 11,971.75 | 536,686.80 |
| 03/29/19 | 105 | Kemchand Advaney Trust | Dividend paid 100.00% on $17,093.99; Claim# 7; Filed: $0.00; Reference: Stopped on 05/17/19 | 7100-005 |  | 17,093.99 | 519,592.81 |
| 03/29/19 | 106 | J. T. Advaney | Dividend paid 100.00% on $17,093.99; Claim# 8; Filed: $0.00; Reference: | 7100-000 |  | 17,093.99 | 502,498.82 |
| 03/29/19 | 107 | Dr. Deepika Ramchandani | Dividend paid 100.00% on $34,187.99; Claim# 9; Filed: $0.00; Reference: | 7100-000 |  | 34,187.99 | 468,310.83 |
| 03/29/19 | 108 | Crossways Tax Preparation | Combined Check for Claims#2,2I |  |  | 508.22 | 467,802.61 |
|  |  |  | Dividend paid 100.00%          500.00 on $500.00;  Claim# 2; Filed: $500.00 | 7100-000 |  |  | 467,802.61 |
|  |  |  | Dividend paid 100.00%            8.22 on $8.22;  Claim# 2I; Filed: $8.22 | 7990-000 |  |  | 467,802.61 |
| 03/29/19 | 109 | Dr. Deepika Ramchandani | Combined Check for Claims#5,5I |  |  | 165,395.68 | 302,406.93 |
|  |  |  | Dividend paid 100.00%       162,720.82 on $162,720.82;  Claim# 5; Filed: $180,999.83 | 7100-000 |  |  | 302,406.93 |
|  |  |  | Dividend paid 100.00%         2,674.86 on $2,674.86;  Claim# 5I; Filed: $2,674.86 | 7990-000 |  |  | 302,406.93 |
| 03/29/19 | 110 | J.T. Advaney | Combined Check for Claims#3,3I |  |  | 90,000.53 | 212,406.40 |
|  |  |  | Dividend paid 100.00%        88,545.00 on $88,545.00;  Claim# | 7100-000 |  |  | 212,406.40 |

Subtotals :                    $80.54         $373,275.60

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 8-17-77117-REG  
**Case Name:** 693 PENINSULA CORP.  

**Taxpayer ID #:** **-***0257  
**Period Ending:** 05/28/19  

**Trustee:** ROBERT PRYOR , TRUSTEE (520570)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1266 - Checking Account  
**Blanket Bond:** $69,289,805.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | 3; Filed: $98,532.00 | | | | | |
| | | | Dividend paid 100.00% on $1,455.53;  Claim# 3I; Filed: $1,455.53 | 1,455.53 | 7990-000 | | | 212,406.40 |
| 03/29/19 | 111 | Kemchand Advaney Trust UW | Combined Check for Claims#1,1I Stopped on 05/17/19 | | 7100-005 | | 74,800.41 | 137,605.99 |
| 03/29/19 | 112 | Maltz Auctions | Combined Check for Claims#et_al. | | | | 24,949.32 | 112,656.67 |
| | | | Dividend paid 100.00% on $19,900.00;  Claim# ; Filed: $19,900.00 | 19,900.00 | 3610-000 | | | 112,656.67 |
| | | | Dividend paid 100.00% on $5,049.32;  Claim# ; Filed: $5,049.32 | 5,049.32 | 3620-000 | | | 112,656.67 |
| 03/29/19 | 113 | PRYOR & MANDELUP, L.L.P. | Combined Check for Claims#et_al. | | | | 77,081.33 | 35,575.34 |
| | | | Dividend paid 100.00% on $76,609.50;  Claim# ; Filed: $76,609.50 | 76,609.50 | 3110-000 | | | 35,575.34 |
| | | | Dividend paid 100.00% on $471.83;  Claim# ; Filed: $471.83 | 471.83 | 3120-000 | | | 35,575.34 |
| 03/29/19 | 114 | Rattan Ramchandani | Combined Check for Claims#4,4I | | | | 35,575.34 | 0.00 |
| | | | Dividend paid 100.00% on $35,000.00;  Claim# 4; Filed: $35,000.00 | 35,000.00 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $575.34;  Claim# 4I; Filed: $575.34 | 575.34 | 7990-000 | | | 0.00 |
| 05/17/19 | 105 | Kemchand Advaney Trust | Dividend paid 100.00% on $17,093.99; Claim# 7; Filed: $0.00; Reference: Stopped: check issued on 03/29/19 | | 7100-005 | | -17,093.99 | 17,093.99 |
| 05/17/19 | 111 | Kemchand Advaney Trust UW | Combined Check for Claims#1,1I Stopped: check issued on 03/29/19 | | 7100-005 | | -74,800.41 | 91,894.40 |
| 05/20/19 | 115 | Ketchand Advaney Trust | Dividend paid 100% on $17,093.99 Claim 7 | | 7100-000 | | 17,093.99 | 74,800.41 |
| 05/20/19 | 116 | Ketchand Advaney Trust | Combined Check for Claims #1, 11 | | 7100-000 | | 74,800.41 | 0.00 |

Subtotals :           $0.00        $212,406.40

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 8-17-77117-REG | **Trustee:** | ROBERT PRYOR , TRUSTEE (520570) |
| --- | --- | --- | --- |
| **Case Name:** | 693 PENINSULA CORP. | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******1266 - Checking Account |
| **Taxpayer ID #:** | **-***0257 | **Blanket Bond:** | $69,289,805.00 (per case limit) |
| **Period Ending:** | 05/28/19 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | **585,701.65** | **585,701.65** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **585,701.65** | **585,701.65** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$585,701.65** | **$585,701.65** | |

|  |  |
| --- | --- |
| Net Receipts : | 585,701.65 |
| Plus Gross Adjustments : | 34,378.89 |
| Net Estate : | $620,080.54 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **Checking # ******1266** | 585,701.65 | 585,701.65 | 0.00 |
| | $585,701.65 | $585,701.65 | $0.00 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 05/28/2019 02:51 PM　　V.14.50